JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAILING,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:22-cv-07224-AB-JC<br><br>JUDGMENT |

In accordance with this Court's concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment be entered in favor of Defendants and against Plaintiff.

IT IS SO ADJUDGED.

Dated: August 15, 2024

_____
HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

1